UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 07-15-DLB-EBA-7

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                        ORDER

LEONARD FYFFE,                                                        DEFENDANT

\* \* \* \* \* \* \*

This matter is before the Court upon the Report and Recommendation (R&R) of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of twelve (12) months and one (1) day imprisonment, with no supervised release to follow. (Doc. # 250). At his initial appearance before Magistrate Edward B. Atkins on October 29, 2012, Defendant admitted to violating the terms of his supervised release as charged. Defendant also waived his right to allocution before the United States District Judge prior to final sentencing. (Doc. # 248).

Defendant has not filed any objections to the R&R, and the time to do so has now expired. Having reviewed the R&R, the Court concludes that it is sound in all respects, including the recommended sentence and the basis for said recommendation. Accordingly,

**IT IS ORDERED** as follows:

(1)   The Magistrate Judge's Report and Recommendation (Doc. # 250) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **TWELVE (12) MONTHS** and **ONE (1) DAY**, with no supervised release to follow; and

(5) A Judgment shall be entered contemporaneously herewith.

This 26th day of November, 2012.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\ORDERS\Ashland Criminal\2007\07-15-7 Order adopting R&R re SR violation.wpd